BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| HOLLY JO MERICLE, | Case No.: 2:14-CV-02785-CMK |
| Plaintiff, | STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment.  This extension is requested due to Defendant's counsel's exceptionally heavy workload at this time, including an employment law hearing next week and travel this week in preparation for the hearing.  In addition, Defendant's counsel also has at least 10 district court filings scheduled for the next two weeks.  The additional time requested is needed to adequately research the issues Plaintiff has presented.  The current due date is June 25, 2015.  The new due date will be July 25, 2015.

Stip. & Prop. Order to Extend 2:14-CV-02785-CMK    1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 18, 2015      /s/ *Young Chul Cho
                          (*as authorized by email on June 16, 2015)
                          YOUNG CHUL CHO
                          LAW OFFICES OF LAWRENCE D. ROHLFING
                          Attorney for Plaintiff

Dated: June 18, 2015      BENJAMIN B. WAGNER
                          United States Attorney
                          DONNA L. CALVERT
                          Regional Chief Counsel, Region IX,
                          Social Security Administration

                   By:    /s/  Jennifer A. Kenney
                          JENNIFER A. KENNEY
                          Special Assistant U.S. Attorney
                          Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  June 22, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE